**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:       Ana Maria Lara v. Jose Sanchez

Appellate case number:    01-18-00025-CV

Trial court case number:   2016-19246

Trial court:                      61st District Court of Harris County

Appellant, Ana Maria Lara, has filed a notice of interlocutory appeal of the trial court's "Order Appointing Receiver for Cardenas Auto Sales." Lara and appellee, Jose Sanchez, have filed a joint motion to abate the appeal pending arbitration regarding "the threshold issue in this matter—ownership of Cardenas Auto Sales and related affirmative defenses." We **grant** the motion.

Accordingly, we **abate** the appeal. No later than **April 30, 2018**, the parties shall file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the arbitration proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                              ☑  Acting individually      ☐ Acting for the Court

Date: March 1, 2018